Cynthia Z. Levin, Esq. (PA 27050)
Todd M. Friedman, Esq. (PA 310961)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@toddflaw.com
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCAVO, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-03899-GEKP |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| ACCOUNT DISCOVERY SYSTEMS, LLC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter entirely, with prejudice as to Plaintiff's claims and without prejudice as to the putative class claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 31st Day of October, 2017

By: s/ Cynthia Z. Levin, Esq.
Cynthia Z. Levin
Attorney for Plaintiff

Stipulation to Dismiss- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: <u>s/Brendan H. Little, Esq.</u>
Brendan H. Little
Attorney for Defendant

Filed electronically on this 31st Day of October, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Gene E.K. Pratter
United States District Court
Eastern District of Pennsylvania

And all Counsel of Record on the electronic service list.

This 31st Day of October, 2017.

<u>s/Cynthia Z. Levin</u>
Cynthia Z. Levin