# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCAVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOUNT DISCOVERY SYSTEMS, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant.<br>_____ | Case No. 2:17-cv-03899-GEKP<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class' claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses.

Dated this ____day of November, 2017.

_____
The Honorable Gene E.K. Pratter

Order to Dismiss - 1